# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALEXIAN BROTHERS MEDICAL CENTER, ) ) ) Plaintiff, ) ) vs. ) ) ) DURACO PRODUCTS, INC. and ) DURACO PRODUCTS GROUP HEALTH ) PLAN ) ) Defendants. | CASE NO. FILED: JULY 28, 2008 08CV4265 JUDGE LEFKOW MAGISTRATE JUDGE SCHENKIER YM |

## CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES DISCLOSURE STATEMENT

NOW COMES the Plaintiff, ALEXIAN BROTHERS MEDICAL CENTER (hereinafter, "Alexian"), and files this Corporate Disclosure Statement and Notification as to Affiliates Disclosure Statement pursuant to Fed.R.Civ.P. 7.1 and Loc.R. 3.2, stating as follows:

1. The Plaintiff, Alexian Brothers Medical Center, an Illinois not-for-profit corporation, has no parent corporation and is not publicly held.
2. The Plaintiff, Alexian Brothers Medical Center, has no publicly held Affiliates as defined by Loc.R. 3.2.

Respectfully submitted,

/s/ David H. Moon
David H. Moon
Illinois ARDC # 6231150

POWERS & MOON, LLC
Attorneys for Plaintiff
707 Lake Cook Rd., Suite 102
Deerfield, IL 60040
(847) 412-1274
Fax: (847) 412-1570